UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBRA SWEENEY,<br><br>    Plaintiff,<br><br>    v.<br><br>TRACTOR SUPPLY COMPANY,<br><br>    Defendant. | Case No. 5:18-cv-04848-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 26 |

Pursuant to the parties' Joint Stipulation to Further Continue Initial Case Management Conference (Dkt. 26), the case management conference set for February 28, 2019 is continued until April 11, 2019 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: February 11, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-04848-EJD
<< ORDER TYPE >>

1