1  Larry W. Lee (State Bar No. 228175)
2  Kristen M. Agnew (State Bar No. 247656)
   Nicholas Rosenthal (State Bar No. 268297)
3  Max W. Gavron (State Bar No. 291697)
   **DIVERSITY LAW GROUP, P.C.**
4  515 S. Figueroa St., Suite 1250
   Los Angeles, CA 90071
5  (213) 488-6555
6  (213) 488-6554 facsimile

7  WILLIAM L. MARDER, ESQ. (CBN 170131)
   **Polaris Law Group LLP**
8  501 San Benito Street, Suite 200
   Hollister, CA 95023
9  Tel: (831) 531-4214
10 Fax: (831) 634-0333

11 Attorneys for Plaintiff and the Class

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA SWEENEY, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRACTOR SUPPLY COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:18-CV-04848 EJD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE; AND [PROPOSED] ORDER**<br><br>Complaint Filed:   July 3, 2018 |

Pursuant to Federal Rules of Civil Procedure 41(a)(2) and 23(e), Plaintiff Debra Sweeney ("Plaintiff") hereby requests that the above-named Complaint be dismissed in its entirety, WITH prejudice, and that the Court enter an Order of dismissal based thereon.

On July 3, 2018, Plaintiff filed a class action complaint against Defendant Tractor Supply Company ("Defendant") in the Superior Court of California, County of Santa Clara. Plaintiff's complaint was subsequently removed to this Court on or about August 10, 2018.

On October 2, 2018, Defendant filed a motion to compel arbitration of Plaintiff's claims. After further briefing and hearing, the Court granted Defendant's motion to compel in part, dismissing Plaintiff's class claims, staying the litigation, and ordering Plaintiff's individual claims to binding arbitration.

On or about September 26, 2019, Plaintiff filed a demand for arbitration of her individual claims with JAMS.

On or about January 31, 2020, Plaintiff entered into a full and complete settlement of her individual claims against Defendant. Concurrent with this request, Plaintiff shall submit a request for dismissal of her claims in arbitration before JAMS.

Plaintiff believes that there will be no prejudice to putative class members and that notice to putative class members is not necessary, as Plaintiff's class claims have been dismissed and only her individual claims remain.

As such, Plaintiff respectfully requests that the Court enter dismissal of the action WITH prejudice.

DATED: February 11, 2020             DIVERSITY LAW GROUP, P.C.


By:_____/s/ Larry W. Lee_____
       Larry W. Lee
       Kristen Agnew
       Nicholas Rosenthal
       Max Gavron
Attorneys for Plaintiff and the Class

**[PROPOSED] ORDER**

The Court, having received and reviewed Plaintiff's Request for Dismissal With Prejudice, and for GOOD CAUSE APPEARING, hereby orders as follows:

The case of *Debra Sweeney v. Defendant Tractor Supply Company*, Case No. 5:18-CV-04848 EJD is dismissed in its entirety WITH prejudice. Each party shall bear its own respective fees and costs.

**IT IS SO ORDERED.**

Dated: ___February 12_, 2020

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE